1
2
3
4
5
6
7        IN THE UNITED STATES DISTRICT COURT
8        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9        SAN JOSE DIVISION

10 | UNITED STATES OF AMERICA,           )   No. CR-11-00701 DLJ
   |                                     )
11 |              Plaintiff,             )   [] ORDER TO CONTINUE
   |                                     )   STATUS HEARING
12 | vs.                                 )
   |                                     )
13 | RODOLFO PEREZ-MORALES,              )
   |                                     )
14 |              Defendant.             )
   |                                     )
15 | _____)

16    Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

17 hearing currently scheduled for Thursday, February 2, 2012, at 9:00 a.m., may be continued to

18 Thursday, February 16, 2012, at 9:00 a.m.

19    It is further ordered that 14 days shall be excluded from the calculation of the time within

20 which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for

21 effective defense preparation, pursuant to Title 18, United States Code Section 3161(h)(7)(A)

22 and (h)(7)(B)(iv).

23 Dated: January 53, 2012

                                            _____
                                            HON. D. LOWELL JENSEN
                                            United States District Judge