1
2
3
4
5
6
7  IN THE UNITED STATES DISTRICT COURT
8  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN JOSE DIVISION

10 | UNITED STATES OF AMERICA,          )   No. CR-11-00701 DLJ
                                       )
11 |         Plaintiff,                )   [] ORDER TO ADVANCE
                                       )   STATUS HEARING
12 | vs.                               )
                                       )
13 | RODOLFO PEREZ-MORALES,            )
                                       )
14 |         Defendant.                )
                                       )
15 | _____   )

16  Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

17 hearing currently scheduled for Thursday, March 1, 2012, at 9:00 a.m., may be advanced to

18 Thursday, February 23, 2012, at 9:00 a.m., for disposition.

19

20 Dated: February ___, 2012

21                                      _____
                                        HON. D. LOWELL JENSEN
22                                      United States District Judge

23
24
25
26

[Proposed] Order to Continue Status Hearing
CR 11-00701 DLJ                              1