MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYNE ARANGO SANIN (DCBN 499564)
Special Assistant United States Attorney
  150 South Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5596
  Facsimile: (408) 535-5066
  carolyne.sanin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   11-CR-00701 DLJ |
|             Plaintiff, ) | STIPULATION AND [] |
|       v. ) | ORDER CONTINUING HEARING TO |
| RODOLFO PEREZ-MORALES, ) | |
|             Defendant. ) | |

    IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for May 24, 2012 at 9 am be continued and rescheduled to June 21, 2012 at 9am.  The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current sentencing hearing date of May 24, 2012 at 9am be continued until June 21, 2012 at 9am.

    The reason for the continuance is that Government counsel is seeking the plea colloquy transcript from the defendant's February 23, 2012 change of plea hearing in this matter.  Defense counsel is contending that the defendant may not be sentenced to more than the statutory maximum of 24 months pursuant to 18 U.S.C. Section 1326(a) because the defendant did not

admit the date of his deportation at his change of plea hearing.  *See* Defendant's May 17, 2012 Sentencing Memorandum.  (Doc. No. 23).   The Government requires additional time to obtain and review the plea colloquy transcript to determine whether the defendant admitted the date of his deportation.

The Government may submit its sentencing memorandum on or by June 14, 2012.

It is so stipulated.

DATED:   May 18, 2012                    MELINDA HAAG
                                         United States Attorney


                                         ___/s/_____
                                         CAROLYNE ARANGO SANIN
                                         Special Assistant United States Attorney


                                         ___/s/_____
                                         CYNTHIA LIE
                                         Attorney for Defendant


## [] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the sentencing hearing in this matter previously set for May 24, 2012  at 9am be continued and rescheduled to June 21, 2012 at 9am.  The sentencing memorandum deadline shall be extended to June 14, 2012.

IT IS SO ORDERED.

DATED: _____                    _____
                                         D. LOWELL JENSEN
                                         UNITED STATES DISTRICT JUDGE